IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-10486
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
AUGUST 18, 2005
THOMAS K. KAHN
CLERK

D.C. Docket No. 95-00208-CR-WS

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

PERCY T. DENNIS,
a.k.a. Bobby,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Alabama

_____

**(August 18, 2005)**

Before  BLACK, CARNES and MARCUS, Circuit Judges.

PER CURIAM:

Peter J. Madden, appointed counsel for Percy T. Dennis,  has filed a motion

to withdraw on appeal supported by a brief prepared pursuant to Anders v.

California, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent

review of the entire record reveals that counsel's assessment of the relative merit

of the appeal is correct.  Because independent examination of the entire record

reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**,

and Dennis's revocation of supervised release and sentence is **AFFIRMED**.